**Order entered February 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00151-CV

**INLAND WESTERN DALLAS LINCOLN PARK LIMITED PARTNERSHIP AND RPAI SOUTHWEST MANAGEMENT, LLC, Appellants**

**V.**

**HAI NGUYEN AND MAI NGUYEN, INDIVIDUALS, D/B/A ROMIE'S NAIL BOUTIQUE, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08114**

## ORDER

Before the Court is court reporter Antionette Reagor's February 21, 2017 request for extension of time to file the reporter's record. Ms. Reagor's request is **DENIED** as premature. The reporter's record in this case is due March 14, 2017.

/s/     CRAIG STODDART
          JUSTICE